Submitted to the court as a courtesy by:

AARON HANCOCK (SBN 160937)
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608

Telephone:   (510) 596-0888
Facsimile:   (510) 596-0889
E-mail:      ahancock@bishop-barry.com

Attorneys for plaintiff Sandra Buchanan

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BUCHANAN,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case no. C 11-01347 MEJ<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>N.D. Cal. Local Rule 6-3 |

   Good cause appearing, the initial case management originally set for June 30, 2011 is continued to ____September 15____, 2011 at 10:00 a.m. in Courtroom B, Fifteenth Floor, of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California 94102.

   Additional deadlines are adjusted ~~as follows~~ accordingly:

   Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan: _____, 2011.

   Last day to file ADR certification signed by parties and counsel: _____, 2011.

Last day to either file stipulation to ADR process or notice of need for ADR phone conference: _____, 2011.

Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file joint case management conference statement per attached standing order re contents of joint case management conference statement: _____, 2011.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED: June 8, 2011

_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE - 2