# UNITED STATES DISTRICT COURT
## Northern District of California

SANDRA BUCHANAN,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.

_____/

No.  CV11-1347 MEJ

**ORDER RE: STATUS**

As neither party filed a dispositive motion by the May 10, 2012 deadline, and the parties anticipated participating in a mediation on April 30, the Court ORDERS the parties to file a joint status report by May 30, 2012.

**IT IS SO ORDERED.**

Dated: May 15, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**