AARON HANCOCK (SBN 160937)
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0889
E-mail: ahancock@bishop-barry.com

Attorneys for Plaintiff Sandra Buchanan

GENE STONE (SBN 162112)
HOMAN & STONE
2121 N. California Boulevard, Suite 290
Walnut Creek, California 94596
Telephone: 925-974-3380
Facsimile: 925-825-6318
E-mail: gstone@homan-stone.com

Attorneys for Defendant United States of America

MELINDA L. HAAG (SBN 132612)
United States Attorney
ALEX G. TSE (SBN 152348)
Chief, Civil Division
JUAN D. WALKER (SBN 208008)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
Facsimile: (415) 436-6748
E-mail: juan.walker@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA BUCHANAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 11-1347 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

**Stipulation of Dismissal with Prejudice and [Proposed] Order
C 11-1347 MEJ**                                        1

Plaintiff and defendant, through their attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the Stipulation for Compromise Settlement and Release and Order filed in this action.

BISHOP | BARRY | DRATH

DATED: November 15, 2012

AARON HANCOCK
Attorneys for Plaintiff

HOMAN & STONE

DATED: November __, 2012

GENE STONE
Attorneys for Defendant

MELINDA HAAG
United States Attorney

DATED: November 27, 2012

JUAN D. WALKER
Assistant United States Attorney
Attorneys for Defendant

[PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 6, 2012

MARIE-ELENA JAMES
United States Magistrate Judge

Stipulation of Dismissal with Prejudice and [Proposed] Order
C 11-1347 MEJ                           2

## PROOF OF SERVICE *(Federal Rules of Civil Procedure Rule 5)*

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 12 North Fifth Street, Redlands, California 92373.

On December 6, 2012, I served the foregoing document(s) described as **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** on the other parties in this action as follows:

Aaron Hancock, Esq.
**BISHOP, BARRY, DRATH**
2000 Powell St., Ste. 1425
Emeryville, CA 94608
(510) 596-0888
Fax: (510) 596-0889
E-mail: ahancock@bishop-barry.com
*(Attorneys for Plaintiff, Sandra Buchanan)*

MELINDA L. HAAG (SBN: 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JUAN D. WALKER (SBN 208008)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
FAX: (415) 436-6748
juan.walker@usdoj.gov

[X]   **(BY MAIL)** By placing [ ] **the original** [X] **a true copy** thereof enclosed in a sealed envelope(s) addressed as to the above-named counsel of record or parties in propria personal. I deposited such envelope(s) in the mail at Redlands, California, with postage thereon fully prepaid. I am readily familiar wit the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 6, 2012, at Redlands, California.

*Tammy Wons*
Tammy M.C. Wons

1